IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KESHAWN TREY SANDCRANE, <br><br> Defendant. | CR 18-162-BLG-SPW <br><br> **ORDER VACATING DETENTION HEARING** |

Defendant has filed an Unopposed Motion to Vacate the Detention Hearing. (Doc. 14.)

Accordingly, IT IS ORDERED that the Detention Hearing scheduled for February 7, 2019, at 9:30 a.m. is VACATED.

DATED this 6th day of February, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge