IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-162-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| KESHAWN TREY SANDCRANE, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the revocation hearing currently scheduled

for Thursday, February 6, 2025, at 3:30 p.m., is **VACATED** and **RESET** to

commence on **Thursday, May 8, 2025, at 1:30 p.m.** in the James F. Battin U.S.

Courthouse, Billings, Montana.

All parties that intend to have witnesses testify at sentencing shall give

notice to this Court ten (10) days prior to the sentencing date.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 31st day of January, 2025.

SUSAN P. WATTERS
United States District Judge

1